UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY AMADOU OURY (A-246-758-435),

        Petitioner,

    v.

WARDEN OF THE MESA VERDEDETENTIONFACILITY,

        Respondent.

No.  1:26-cv-1630 DJC CSK

ORDER

Petitioner requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  Under 18 U.S.C. § 3006A, the court can appoint counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  On March 27, 2026, this Court recommended this action be dismissed considering petitioner has since been removed to Guinea.  In light of those findings and recommendations, petitioner's motion for appointment of counsel is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 3) is denied without prejudice.

Dated:  April 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/oury1630.110.2241.imm

1