UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY AMADOU OURY (A-246-758-435),<br><br>                Petitioner,<br><br>        v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY,<br><br>                Respondent. | No.  1:26-cv-1630 DJC CSK<br><br><br>ORDER |

Petitioner, an immigration detainee prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

Although it appears from the file that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served.  It is the Petitioner's responsibility to keep the Court apprised of his current address at all times.  Pursuant

1

to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are adopted in full.

2. Respondent's motion to dismiss (ECF No. 8) is granted.

3. The petition for writ of habeas corpus is dismissed.

4. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:    **April 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/oury26cv1630.jo.2241.imm

2